# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BRIAN MORLANTHUS CLAY,
ADC #119898                                                                 PLAINTIFF

V.                       5:16CV00160 SWW/JTR

CORRECT CARE SOLUTIONS, et al.                                    DEFENDANTS

## ORDER OF PARTIAL DISMISSAL

Clay has not filed a motion for service identifying the Doe defendant, and the time to do so has expired. *Docs. 19 & 36.* Accordingly, Clay's claims against the Doe defendant are DISMISSED WITHOUT PREJUDICE, pursuant to Fed. R. Civ. P. 4(m). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order of Partial Dismissal would not be taken in good faith.

IT IS SO ORDERED THIS 13TH day of January, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE