UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRIAN MORLANTHUS CLAY,
ADC #119898                                                                                           PLAINTIFF

V.                              5:16CV00160 SWW/JTR

CORRECT CARE SOLUTIONS, et al.                                            DEFENDANTS

# ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the relevant record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' Motion for Partial Summary Judgment *(Doc. 32)* is GRANTED IN PART and DENIED IN PART.

2. Clay may PROCEED with the inadequate medical care claims he raised against: (a) Dr. Butler in grievances 15-416, 15-919, and 15-2234; (b) APN Simmons in grievances 15-1725, 15-2612, and 15-2334; (c) CCS in grievance 15-

2334; (d) HSA Rowland in grievance 15-1996; and (e) DON Kimble in grievances 15-1726 and 15-1996,

3. All other claims are DISMISSED WITHOUT PREJUDICE.

Dated this 20th day of June, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE