UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRIAN MORLANTHUS CLAY, PLAINTIFF
ADC #119898

V.  5:16-CV-00160-SWW-JTR

CORRECT CARE SOLUTIONS, LLC;
AMY L. ROWLAND; ARIC WADE SIMMONS;
BRETT BUTLER; and TAMMY LYNE KIMBLE  DEFENDANTS

## ORDER

The recommended partial disposition [Doc. No. 107] submitted by United States Magistrate Judge J. Thomas Ray has been reviewed. No objections were filed. After careful consideration, the recommended disposition is adopted in its entirety.

Accordingly, Defendants' motion for summary judgment [Doc. No. 74] is granted; Clay's claims against Defendants Correct Care Solutions, LCC; Dr. Brett Butler, APRN Aric Wade Simmons; Nursing Director Tammy Lyne Kimble; and Amy L. Rowland are dismissed, with prejudice.

IT IS SO ORDERED THIS 13th day of August, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE