UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRIAN MORLANTHUS CLAY,                                                    PLAINTIFF
ADC #119898

V.                          5:16-CV-00160-SWW-JTR

CORRECT CARE SOLUTIONS, LLC;
AMY L. ROWLAND; ARIC WADE SIMMONS;
BRETT BUTLER; and TAMMY LYNE KIMBLE                    DEFENDANTS

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed, with prejudice.

Dated this 13th day of August, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE